TO: Clerk's Office
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

\*\*FILED\*\*

*4:14 pm, Oct 09, 2025*

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**United States**

-V-

**John Doe**

1:25-cr-00314-JMA-CHK

**Docket Number**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUBMITTED BY:** ☐ Plaintiff ☐ Defendant ☒ DOJ
Name: **Michael W. Gibaldi**
Firm Name: **U.S. Attorney's Office - EDNY**
Address: **271-A Cadman Plaza East, Brooklyn NY, 11201**
Phone Number: **718-254-6067**
Email Address: **michael.gibaldi@usdoj.gov**
Return To:

☒ (Check off only one)
**Sealed Docket Entry and Document** (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)
☐ **Sealed Document only** (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)
☐ **Other Restrictions:** ☐ court users only ☐ ex parte ☐ attorneys for the applicable party ☐ case participants

**A)**   If pursuant to a prior Court Order:

Docket Number: _____
Judge: _____
Date Entered: _____

**B)**   If a **new application,** the statute, regulation, or other legal basis that authorizes filing under seal

**Fed. R. Crim. P. 6(e)(4)**

ORDERED  SEALED  AND  PLACED  IN  THE
CLERK'S  OFFICE,  AND  MAY  NOT  BE
UNSEALED UNLESS ORDERED BY THE COURT

**DESCRIPTION OF DOCUMENT (*MANDATORY*)**
Description of document to be entered on docket sheet

Indictment and arrest warrants

_____
**U.S. DISTRICT/ MAGISTRATE JUDGE**

_____
DATED:   **BROOKLYN**   , NEW YORK
RECEIVED IN CLERK'S OFFICE ON

_____

**CERTIFICATION OF SERVICE:** (Check one)
**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action;
**B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation_____; or
**C.)** ☒ This is a criminal document submitted, and flight, public safety, or security are significant concerns.

**10/9/25**
Date

_Michael Gibaldi_
Signature