TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

**\*\*FILED\*\***
*4:14 pm, Oct 09, 2025*
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

United States

-V-

John Doe

1:25-cr-00314-JMA-CHK

**Docket Number**

A) If pursuant to a prior Court Order:
   Docket Number: _____
   Judge: _____
   Date Entered: _____

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal
   Fed. R. Crim. P. 6(e)(4)

SUBMITTED BY: ☐ Plaintiff  ☐ Defendant  ☒ DOJ
Name: Michael W. Gibaldi
Firm Name: U.S. Attorney's Office - EDNY
Address: 271-A Cadman Plaza East, Brooklyn NY, 11201
Phone Number: 718-254-6067
Email Address: michael.gibaldi@usdoj.gov
Return To:

(Check off only one)
☒ Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)
☐ Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)
Other Restrictions: ☐ court users only  ☐ ex parte  ☐ attorneys for the applicable party  ☐ case participants

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT

**DESCRIPTION OF DOCUMENT (*MANDATORY*)**
Description of document to be entered on docket sheet

Indictment and arrest warrants

_____
U.S. DISTRICT/ MAGISTRATE JUDGE

DATED: BROOKLYN , NEW YORK
RECEIVED IN CLERK'S OFFICE ON

**CERTIFICATION OF SERVICE:** (Check one)
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action;
B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation _____ ; or
C.) ☒ This is a criminal document submitted, and flight, public safety, or security are significant concerns.

10/9/25
Date

_____
Signature