

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MWG/SMS/IC
F. #2024R00654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2025

<u>By ECF and E-mail</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Ernest Aiello, et al.</u>
               <u>Criminal Docket No. 25-314 (RER)</u>

Dear Judge Cho:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                        Respectfully submitted,

                        JOSEPH NOCELLA, JR.
                        United States Attorney

      By:       /s/
              Michael W. Gibaldi
              Sean M. Sherman
              Irisa Chen
              Assistant U.S. Attorney
              (718) 254-7000

Enclosure

cc:    Clerk of Court (by ECF)