# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  James Cho                         DATE:  10/23/25

DOCKET NUMBER:  25 CR 314  (RER) (~~JMA~~)           LOG #:  3:27 - 3:47

DEFENDANT'S NAME:  Earnest Aiello
  _X_ Present  ___ Not Present  _X_ Custody  ___ Bail

DEFENSE COUNSEL:  ~~Marissa Sherman~~ Jeremy Iandolo ~~Mario Longo~~
  ___ Federal Defender  ___ CJA  _X_ Retained  ___ Appointed by the Court

A.U.S.A:  Sean Sherman                   CLERK: SM Yuen

Probation: _____  (Language) _____

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

_X_ Rule 5f Order read into the record.

___ DETENTION HEARING Held.  _X_ Defendant's first appearance.

  _X_ Bond set at $3 million   Defendant _X_ released ___ held pending satisfaction of bond conditions.
  _X_ Defendant advised of bond conditions set by the Court and signed the bond.
  _1_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted
  ___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered.  Start 10/23  Stop 11/24/25

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

_X_ Status conference set for 11/24/25 @ 10 AM before Judge Reyes

Other Rulings: _____