

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MWG/SMS/KRA          *271 Cadman Plaza East*
F. #2024R00654          *Brooklyn, New York 11201*


June 9, 2026


<u>By ECF and E-Mail</u>

The Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     United States v. Ernest Aiello et al.
>          <u>Criminal Docket No. 25-314 (RER)</u>

Dear Judge Reyes:

The government respectfully submits this status report in advance of the third status conference scheduled for Thursday, June 11, 2026, at 2:00 p.m. This letter addresses four topics: (1) the status of discovery; (2) the status of plea negotiations; (3) proposed trial logistics; and (4) a request to schedule the next status conference in 60 to 90 days.

I.      <u>Discovery</u>

Since the last status conference on March 4, 2026, the government has continued producing discovery materials on a rolling basis. In addition to previously produced materials, the government has now also produced: (1) cell-site location data for numerous defendants; (2) additional electronic evidence seized from eight electronic devices and iCloud accounts; (3) approximately 259 hours of audio and video recordings in 1,580 files; and (4) additional records provided by third parties. The government has separately produced to individual defendants full forensic extractions of electronic devices and iCloud accounts that belong to those individual defendants, and those productions total 2.097 TB of data, as well as corresponding search warrant affidavits to individual defendants.

II.     <u>Plea Negotiations</u>

Since the last status conference, six defendants—Saul Becher, Kenny Han, Osman Hoti, Damon Jones, Robert Stroud, and Seth Trustman—have entered guilty pleas.

The government continues to engage in extensive plea negotiations with numerous of the remaining defendants and is reasonably optimistic that those conversations with lead to pretrial resolutions. In particular, the government is in discussions concerning a possible

disposition concerning fifteen of the remaining defendants in this case.  The government is engaged in separate, ongoing discussions with several additional defendants.

III.     Trial Logistics

At the last status conference, the Court stated that the first trial in this case should begin on November 2, 2026, and directed the parties to submit proposed trial groups.  To the extent that trial will proceed as scheduled, the government would propose the following groups, which place together defendants for whom the evidence will substantially overlap, and which prioritize the groups containing the two detained defendants (Angelo Ruggiero and Thomas Gelardo)[1]:

| Trial Group 1 | Trial Group 2 | Trial Group 3 |
| --- | --- | --- |
| Apicella, Louis | Aiello, Ernie | Billups, Chauncey |
| Awawdeh, Ammar | Alvarez, Nelson | Earnest, Eric |
| Daddino, Matt | Garzon, Marco | Gilet, Jamie |
| Fama, Lee | Gelardo, Thomas | Goodson, Tony |
| Gallo, John | Hu, Horatio | Mazzola, John |
| Hennen, Shane | Hu, Zhen | Meeks, Curtis |
| Lanni, Joe | Renzulli, Michael | Shnayderman, Anthony |
| Minucci, Nicholas | Ziliani, Julius | Wei, Sophia |
| Ruggiero, Angelo | | |

Several of the defendants who are not charged with Hobbs Act Conspiracy (Counts Five through Seven) have indicated that they oppose being included in trial groups with co-defendants who are charged with those counts.  Those defendants have not proposed alternative trial groups and, for the reasons outlined above, the government believes its proposed trial groups are appropriate.

Although the government is mindful that the Court previously expressed its intention to schedule the first trial on November 2, 2026, the government respectfully proposes that the Court schedule the first trial in this matter for early 2027, given the possibility that the case will be narrowed significantly in the next 30-60 days.  At least two defendants have endorsed this approach, and as noted above, the government is engaged in substantial plea negotiations with the majority of remaining defendants in this case and expects that those ongoing discussions, which will be further informed by the government's recent discovery, could possibly narrow the scope of this case such that fewer than eight defendants (*i.e.*, one trial group) will remain in this case.  The government also anticipates that resolution of any pretrial motions, which have not yet been filed, will lead to pretrial resolutions concerning several defendants.

---

[1]      A third defendant, Curtis Meeks, was released on bond in this case but is currently detained on state charges in Texas.  Counsel for Meeks has advised that he waives his appearance at the upcoming status conference.

The government proposes that the Court set a schedule for Rule 12 motions at the next status conference, as the government has now produced search warrant affidavits to the defendants.

The government has made this proposal to the defendants, none of whom have objected.[2]

III.     The Next Status Conference

Finally, the government respectfully requests that the Court schedule the next status conference approximately 60 to 90 days from June 11, 2026.  In the interim, the government intends to continue producing discovery, engaging in substantive plea negotiations with defense counsel, and scheduling change of plea hearings for defendants who intend to plead guilty.  Relatedly, the government respectfully requests that the Court exclude time under the Speedy Trial Act from June 11, 2026, to the date of the next status conference.  The Court has already designated this case as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), and such an exclusion of time would serve the ends of justice by permitting the defendants to continue reviewing discovery materials and engaging in plea negotiations with the government. The government has conferred with defense counsel regarding these proposals.  As of the date of this filing, the government has not received any objection.

*     *     *

The government thanks the Court for its attention to this matter.  The government will be prepared to address these issues or any other issues at the status conference this Thursday.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     _____/s/_____
Michael W. Gibaldi
Sean M. Sherman
Kamil R. Ammari
Assistant U.S. Attorneys
(718) 254-7000

cc:     Clerk of the Court (RER) (by ECF)
        Counsel of Record (by ECF and E-Mail)

---

[2]     Counsel for two defendants, neither of whom is in the government's first proposed trial group, have indicated that they are unavailable for trial in early 2027.