# 1:25-cr-00314-RER-CHK USA v. Aiello

## June 11, 2026, Attendance List

**Assistant U.S. Attorneys: Michael W. Gibaldi, Sean M. Sherman
Kamil R. Ammari**

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1 Ernest Aiello | Jeremy M Iandolo |
| 2 Nelson Alvarez | Peter J. Guadagnino (CJA) |
| 3 Louis Apicella | Shakira A. Fantauzzi |
| 4 Ammar Awawdeh | Mark Lesko |
| 5 Saul Becher **Not present** | **Avraham C. Moskowitz (CJA)** **Joshua J. Lax (CJA)** |
| 6 Chauncey Billups | **Marc Lee Mukasey** **Torrey Kaufman Young** **Michael F. Westfal** |

7 Matthew Daddino — **Patrice Sulton**

**Gerard M. Marrone**

8 Eric Earnest — **David Gray**

9 Lee Fama — **Marissa Sherman**

10 John Gallo — **Lance A. Clarke**

11 Marco Garzon — **Steven Brounstein (CJA)**

12 Thomas Gelardo (C) — **Esereosonobrughue Onaodowan (CJA)**

13 Jamie Gilet — **Jason  Gould**

14 Tony Goodson — **David M. Eskew**

15 Kenny Han    Not present — **James Kousouros**

16 Shane Hennen — David Grey **appeared on the behalf of Todd M Leventhal.**

17 Osman Hoti   **Not present** — **Gary S. Villanueva (CJA)**

18 Horatio Hu — **Eric Edward Rothstein**

19 Zhen Hu — **David Stern**

20 Damon Jones  **Not present** **Kenneth Montgomery (CJA)**

21 Joseph Lanni — **Frederick L. Sosinsky**

22 John Mazzola — **Jeff Chabrowe**

23 Curtis Meeks **(C)   appearance waived  Thomas Nooter**

24 Nicholas Minucci — **Scott E. Leemon**

25 Michael Renzulli — **Scott E. Leemon appearing on behalf of  Matthew Kluger**

26 Angelo Ruggiero, Jr. (C) **appearance waived   James R. Froccaro**

27 Anthony Shnayderman                 **Mark DeMarco**

28 Robert Stroud     **Not present     Andrew Wiktor**

**Christopher Caffarone**

**Vincent John Martinelli**

29 Seth Trustman     **Not present     John Curran (CJA)**

30 Sophia Wei                          **Jacqueline Cistaro (CJA)**

31 Julius Ziliani                      **Marco A. Laracca**

**Nicolette G DeSimone**