

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MWG/SMS/KRA
F. #2024R00654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2026

<u>By ECF and E-Mail</u>

The Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Ernest Aiello et al.
> <u>Criminal Docket No. 25-314 (RER)</u>

Dear Judge Reyes:

The government respectfully submits this letter to propose the following briefing schedule, that, as the Court directed, would have all Rule 12 motions fully briefed by August 14:

| Date | Deadline |
|---|---|
| July 10, 2026 | Defendants' Rule 12 Motions Due |
| August 7, 2026 | Government's Oppositions Due |
| August 14, 2026 | Defendants' Replies Due |

The government has proposed this schedule to all defendants.  To date, all but one of the defendants has either agreed to, or not objected to, the government's proposal.[1]  The government therefore requests that the Court enter the proposed schedule.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Michael W. Gibaldi
Sean M. Sherman
Kamil R. Ammari
Assistant U.S. Attorneys
(718) 254-7000

---

[1] The sole objecting defendant requested that the government's oppositions be due July 24, 2026, rather than July 10, 2026.  That schedule, however, is not feasible, as it would afford the government only two weeks to respond to motions filed by all 25 defendants.