

**J. IANDOLO LAW**

*8212 3rd Avenue, Brooklyn NY 11228*

*917.397.1577  Office*

*718.395.1732  Fax*

*JIandolo@jiandololaw.com*

*Admitted in Ny & NJ*

July 30, 2026

<u>**VIA ECF**</u>
The Honorable Ramon E. Reyes, Jr.
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:** *United States v. Ernest Aiello, et al.*
    Criminal Docket No. 25-314 (RER)

Dear Judge Reyes:

   The undersigned, counsel for Defendant Ernest Aiello, respectfully submits this letter in strong opposition to the Government's request to adjourn the currently scheduled trial date of November 2, 2026.

   Mr. Aiello has been awaiting his day in court since the return of the indictment. During that time, this prosecution has imposed a substantial burden on both his personal and professional life. The pendency of these charges has carried significant financial, reputational, and emotional consequences. Any additional delay would only compound those hardships and further prejudice Mr. Aiello.

   The defense has spent the past several months preparing this case for trial in accordance with the Court's scheduling orders. Counsel has devoted substantial time and resources to reviewing discovery and developing the defense for presentation to the jury. This preparation has been undertaken in reliance upon the Court's existing trial schedule. Postponing the trial at this stage would not only undermine those efforts but would also result in unnecessary additional expense and disruption to both counsel and the defense.

   Moreover, the parties have already rearranged their schedules to accommodate the November 2, 2026 trial date. The Court has previously denied the Government's requests for adjournments on two separate occasions, demonstrating its recognition of the importance of moving this matter toward trial

without unnecessary delay. The Government has not identified any extraordinary or unforeseen circumstance that would justify revisiting those prior rulings.

Accordingly, Mr. Aiello respectfully requests that the Court deny the Government's application in its entirety and maintain the currently scheduled trial date of November 2, 2026.
Respectfully submitted,

Jeremy Iandolo, Esq.

*/s/ Jeremy M. Iandolo /s/*

Counsel for Defendant Ernest Aiello