J. IANDOLO LAW

8212 3rd Avenue, Brooklyn NY 11228
917.397.1577 Office
718.395.1732 Fax
JIandolo@jiandololaw.com
*Admitted in Ny & NJ*

September 4, 2026

**Via ECF**

The Honorable Ramon E. Reyes, USDJ
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Aiello, et al.**
**25-CR-314 (RER)**

Dear Judge Reyes:

Please accept this letter in lieu of a more formal motion for permission for Gerard Marrone, Esq. to stand in for me on behalf of Defendant Ernest Aiello at the upcoming conference scheduled for Tuesday, September 8, 2026.

I respectfully make this request because the conference was originally scheduled for September 10, 2026, but was subsequently moved to September 8, 2026. I have a previously scheduled trial in Nassau County District Court beginning at 9:30 a.m. on September 8, which creates a scheduling conflict and prevents me from appearing at the conference.

Mr. Marrone represents co-defendant Daddino and will be present at the conference. He is fully apprised of my position with respect to the various matters before the Court and is aware of my schedule and availability concerning the next status conference date.

Thank you in advance for your consideration and courtesies.

Very truly yours,

Jeremy Iandolo, Esq.